

# Business Group Statement

## Statement of Account for Transactions due on or before 01-Nov-2022

Group: MONARCH SHIPPING CO.

Broker: Oneglobal Insurance Broking Ltd

| Invoice No. | Vessel Name | Installment No. | Transaction Type | Policy Year | Business Class | Due Date | Alternate Due Date | Transaction Amount | Outstanding Amount | Outstanding Cash | Future Items |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 176638 | MONARCH COUNTESS | 4 | Advance Call | 2021 | P&I | 20-Dec-2021 | | $24,551.91 | $24,551.91 | $0.00 | $0.00 |
| 176641 | MONARCH PRINCESS | 4 | Advance Call | 2021 | P&I | 20-Dec-2021 | | $21,663.37 | $21,663.37 | $0.00 | $0.00 |
| 187212 | MONARCH COUNTESS | 1 | Release Call | 2021 | P&I | 01-Apr-2022 | | $19,641.53 | $19,641.53 | $0.00 | $0.00 |
| 187213 | MONARCH PRINCESS | 1 | Release Call | 2021 | P&I | 01-Apr-2022 | | $17,330.70 | $17,330.70 | $0.00 | $0.00 |
| 187214 | MONARCH PRINCESS | 1 | Release Call | 2020 | P&I | 01-Apr-2022 | | $30,000.00 | $30,000.00 | $0.00 | $0.00 |
| 187215 | MONARCH COUNTESS | 1 | Release Call | 2020 | P&I | 01-Apr-2022 | | $11,333.33 | $11,333.33 | $0.00 | $0.00 |
| 187216 | MONARCH PRINCESS | 1 | Release Call | 2019 | P&I | 01-Apr-2022 | | $729.45 | $729.45 | $0.00 | $0.00 |
| 183279 | MONARCH PRINCESS | 1 | Supplementary Call | 2019 | P&I | 20-May-2022 | | $2,553.08 | $2,553.08 | $0.00 | $0.00 |
| 183279 | MONARCH PRINCESS | 2 | Supplementary Call | 2019 | P&I | 20-Oct-2022 | | $2,553.08 | $2,553.08 | $0.00 | $0.00 |
| | | | | | | Total | | $130,356.45 | $130,356.45 | $0.00 | $0.00 |

Wire/telegraphic transfers to the American Club should be made to its account at:
Deutsche Bank Trust Company Americas, New York, New York, U.S.A.
Depending upon the origin of funds, one of the following bank codes should be used:
Wire transfers made through a bank within the U.S.: ▉▉▉▉▉▉▉▉
Wire transfers made through a bank outside the U.S.: SWIFT: ▉▉▉▉▉▉▉▉
In both cases, funds should be indicated as being for the credit of:
Account Name: American Steamship Owners P&I Assn. Inc.
Account Number: ▉▉▉▉▉

Date Generated:  7/26/2022 1:54:43 PM

**American Steamship Owners Mutual Protection & Indemnity Association, Inc.**



*Shipowners Claims Bureau, Inc., Manager*  
*One Battery Park Plaza – 31st Floor*  
*New York, New York 10004*  
*U.S.A.*

Tel:  +1 212-847-4500  
Fax:  +1 212-847-4599

| To: |
|---|
| Monarch Shipping Co. Ltd.<br>Sassoon House Shirley St. & Victoria Ave<br>P.O. Box N270<br>Nassau<br>Bahamas |

| Date |
|---|
| 6/30/2022 |

## Open Invoice Statement

| Date | Transaction | Amount |
|---|---|---|
| 05/27/2020 | INV #5027. Due 05/27/2020. Orig. Amount $3,500.00.<br>--- Survey Cost $3,500.00 | 3,500.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | | |

**Wire/telegraphic transfers to the American Club should be made to its account at:**
**Deutsche Bank Trust Company Americas, New York, New York, U.S.A.**
**Depending upon the origin of funds, one of the following bank codes should be used:**
**Wire transfers made through a bank within the U.S.:**
**Wire transfers made through a bank outside the U.S.:**
**In both cases, funds should be indicated as being for the credit of:**
**Account Name: American Steamship Owners P&I Assn. Inc.**
**Account Number:**

American Steamship Owners Mutual Protection & Indemnity Association, Inc.



*Shipowners Claims Bureau, Inc., Manager*
*One Battery Park Plaza – 31st Floor*
*New York, New York 10004*
*U.S.A.*

Tel:  +1 212-847-4500
Fax:  +1 212-847-4599

| | |
|---|---|
| SSL Insurance Brokers Limited - Greece<br>1-3 Filellinon & Akti Miaouli<br>7th Floor, 185 36 Piraeus,<br>Greece | **Date:**  23 Feb 2021 |
| | **Invoice No:**  176641 |

**For the Account of:** Monarch Shipping Co. Ltd.
**Our Reference:** 9856

### ESTIMATED TOTAL PREMIUM
### CLASS P&I
### FOR THE PERIOD FROM 20 Feb 2021 TO 20 Feb 2022
### NO OF DAYS PRO RATA 365/365

| Vessel | (Risk No) | GT | Annual Premium | Premium for Period |
|---|---|---|---|---|
| MONARCH PRINCESS | (125064) | 4,998 | 86,653.49 | 86,653.49 |

| Total | USD | 86,653.49 |
|---|---|---|

| Due Dates | | Amount |
|---|---|---|
| 20 Mar 2021 | USD | 21,663.38 |
| 20 Jun 2021 | USD | 21,663.37 |
| 20 Sep 2021 | USD | 21,663.37 |
| 20 Dec 2021 | USD | 21,663.37 |

**Additional Details:**

As per the Association's Rules & By-Laws, Rule 4.11 of Class I, interest at the rate of 1% per month shall be payable on any premium due to the Association as from the due date of payment of such premium.

Wire/telegraphic transfers to the American Club should be made to its account at:
Deutsche Bank Trust Company Americas, New York, New York, U.S.A.
Depending upon the origin of funds, one of the following bank codes should be used:
Wire transfers made through a bank within the U.S.: ▮▮▮▮▮▮▮▮▮▮
Wire transfers made through a bank outside the U.S.: ▮▮▮▮▮▮▮▮▮▮
In both cases, funds should be indicated as being for the credit of:
Account Name:  American Steamship Owners P&I Assn. Inc.
Account Number: ▮▮▮▮▮▮▮

American Steamship Owners Mutual Protection & Indemnity Association, Inc.



Shipowners Claims Bureau, Inc., Manager  
One Battery Park Plaza – 31st Floor  
New York, New York 10004  
U.S.A.

Tel:  +1 212-847-4500  
Fax:  +1 212-847-4599

| | |
|---|---|
| Oneglobal Insurance Broking Ltd<br>5 Spatharikou<br>Mesa Geitonia, Limassol 4004<br>Cyprus | **Date:**  01 Apr 2022 |
| | **Invoice No:**  187213 |

**For the Account of:**  Monarch Shipping Co. Ltd.  
**Our Reference:**  9856

### PREMIUM TO RELEASE MEMBER FROM LIABILITY TO PAY FUTURE SUPPLEMENTARY CALLS IN RESPECT OF THE POLICY YEAR 2021 CLASS P&I 20.000 % OF ADVANCE PREMIUM

| Vessel | (Risk No) | Advance Premium | Release Premium |
|---|---|---|---|
| MONARCH PRINCESS | (125064) | 86,653.49 | 17,330.70 |

| Total Amount Due | USD | 17,330.70 |
|---|---|---|

| Due Dates | | Amount |
|---|---|---|
| 01 Apr 2022 | USD | 17,330.70 |

**Additional Details:**

As per the Association's Rules & By-Laws, Rule 4.11 of Class I, interest at the rate of 1% per month shall be payable on any premium due to the Association as from the due date of payment of such premium.

Wire/telegraphic transfers to the American Club should be made to its account at:  
Deutsche Bank Trust Company Americas, New York, New York, U.S.A.  
Depending upon the origin of funds, one of the following bank codes should be used:  
Wire transfers made through a bank within the U.S.: ▮▮▮▮▮▮▮▮▮▮  
Wire transfers made through a bank outside the U.S.: ▮▮▮▮▮▮▮▮▮▮  
In both cases, funds should be indicated as being for the credit of:  
Account Name:  American Steamship Owners P&I Assn. Inc.  
Account Number:  ▮▮▮▮▮▮▮▮

American Steamship Owners Mutual Protection & Indemnity Association, Inc.



Shipowners Claims Bureau, Inc., Manager  
One Battery Park Plaza – 31st Floor  
New York, New York 10004  
U.S.A.

Tel:  +1 212-847-4500  
Fax:  +1 212-847-4599

Oneglobal Insurance Broking Ltd  
5 Spatharikou  
Mesa Geitonia, Limassol 4004  
Cyprus

**Date:** 01 Apr 2022

**Invoice No:** 187214

**For the Account of:** Monarch Shipping Co. Ltd.  
**Our Reference:** 9856

**PREMIUM TO RELEASE MEMBER FROM LIABILITY TO  
PAY FUTURE SUPPLEMENTARY CALLS  
IN RESPECT OF THE POLICY YEAR 2020  
CLASS P&I  
40.000 % OF ADVANCE PREMIUM**

| Vessel | (Risk No) | Advance Premium | Release Premium |
|---|---|---|---|
| MONARCH PRINCESS | (118773) | 75,000.00 | 30,000.00 |

| Total Amount Due | USD | 30,000.00 |
|---|---|---|

| Due Dates | | Amount |
|---|---|---|
| 01 Apr 2022 | USD | 30,000.00 |

**Additional Details:**

As per the Association's Rules & By-Laws, Rule 4.11 of Class I, interest at the rate of 1% per month shall be payable on any premium due to the Association as from the due date of payment of such premium.

Wire/telegraphic transfers to the American Club should be made to its account at:  
Deutsche Bank Trust Company Americas, New York, New York, U.S.A.  
Depending upon the origin of funds, one of the following bank codes should be used:  
Wire transfers made through a bank within the U.S.:  
Wire transfers made through a bank outside the U.S.:  
In both cases, funds should be indicated as being for the credit of:  
Account Name:  American Steamship Owners P&I Assn. Inc.  
Account Number:

American Steamship Owners Mutual Protection & Indemnity Association, Inc.



Shipowners Claims Bureau, Inc., Manager  
One Battery Park Plaza – 31st Floor  
New York, New York 10004  
U.S.A.

Tel:  +1 212-847-4500  
Fax:  +1 212-847-4599

| | |
|---|---|
| Oneglobal Insurance Broking Ltd<br>5 Spatharikou<br>Mesa Geitonia, Limassol 4004<br>Cyprus | **Date:** 01 Apr 2022 |
| | **Invoice No:** 187216 |

**For the Account of:** Monarch Shipping Co. Ltd.  
**Our Reference:** 9856

**PREMIUM TO RELEASE MEMBER FROM LIABILITY TO  
PAY FUTURE SUPPLEMENTARY CALLS  
IN RESPECT OF THE POLICY YEAR 2019  
CLASS P&I  
5.000 % OF ADVANCE PREMIUM**

| Vessel | (Risk No) | Advance Premium | Release Premium |
|---|---|---|---|
| MONARCH PRINCESS | (116848) | 14,589.04 | 729.45 |

| Total Amount Due | USD | 729.45 |
|---|---|---|

| Due Dates | | Amount |
|---|---|---|
| 01 Apr 2022 | USD | 729.45 |

**Additional Details:**

As per the Association's Rules & By-Laws, Rule 4.11 of Class I, interest at the rate of 1% per month shall be payable on any premium due to the Association as from the due date of payment of such premium.

Wire/telegraphic transfers to the American Club should be made to its account at:  
Deutsche Bank Trust Company Americas, New York, New York, U.S.A.  
Depending upon the origin of funds, one of the following bank codes should be used:  
Wire transfers made through a bank within the U.S.:  
Wire transfers made through a bank outside the U.S.:  
In both cases, funds should be indicated as being for the credit of:  
Account Name:  American Steamship Owners P&I Assn. Inc.  
Account Number:

American Steamship Owners Mutual Protection & Indemnity Association, Inc.



Shipowners Claims Bureau, Inc., Manager  
One Battery Park Plaza – 31st Floor  
New York, New York 10004  
U.S.A.

Tel:  +1 212-847-4500  
Fax: +1 212-847-4599

Oneglobal Insurance Broking Ltd  
5 Spatharikou  
Mesa Geitonia, Limassol 4004  
Cyprus

**Date:** 20 Dec 2021

**Invoice No:** 183279

**For the Account of:** Monarch Shipping Co. Ltd.  
**Our Reference:** 9856

## SUPPLEMENTARY PREMIUM
## CLASS P&I
## 35% IN RESPECT OF THE POLICY YEAR 2019

| Vessel | (Risk No) | Advance Premium | Supplementary Premium |
|---|---|---|---|
| MONARCH PRINCESS | (116848) | 14,589.04 | 2,553.08 |
| MONARCH PRINCESS | (116848) | 14,589.04 | 2,553.08 |

| Total Amount Due | USD | 5,106.16 |
|---|---|---|

| Due Dates | | Amount |
|---|---|---|
| 20 May 2022 | USD | 2,553.08 |
| 20 Oct 2022 | USD | 2,553.08 |

| Additional Details: |
|---|
|  |

As per the Association's Rules & By-Laws, Rule 4.11 of Class I, interest at the rate of 1% per month shall be payable on any premium due to the Association as from the due date of payment of such premium.

Wire/telegraphic transfers to the American Club should be made to its account at:  
Deutsche Bank Trust Company Americas, New York, New York, U.S.A.  
Depending upon the origin of funds, one of the following bank codes should be used:  
Wire transfers made through a bank within the U.S.:  
Wire transfers made through a bank outside the U.S.:  
In both cases, funds should be indicated as being for the credit of:  
Account Name:  American Steamship Owners P&I Assn. Inc.  
Account Number:



**AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC.**

SHIPOWNERS CLAIMS BUREAU, INC., MANAGER
ONE BATTERY PARK PLAZA - 31ST FLOOR   NEW YORK, NEW YORK 10004   USA
TEL: +1.212.847.4500   FAX: +1.212.847.4599   WEB: WWW.AMERICAN-CLUB.COM

# Invoice

**Monarch Shipping Co Ltd**  
Sassoon House Shirley st & Victoria ave  
P.O Box N270  
Nassau   Bahamas

| | |
|---|---|
| Invoice No.: | 5027 |
| Invoice Date: | 05/27/20 |
| Our Ref No.: | P&I survey |

**PAYMENT DUE UPON RECEIPT**

| Description | Amount |
|---|---|
| Monarch Princess- P&I Condition Survey: Enhanced P&I Condition Survey at West Palm Beach, FL  Survey fee due from member | $3,500.00 |
| **Total Amount Due:** | **$3,500.00** |

Please remit payment to:

**Deutsche Bank Trust Company Americas**
**New York, NY**
**Account No.** ▮▮▮▮▮▮
**Beneficiary: American Steamship Owners Mutual P & I Association, Inc.**

**Atlantic Marine Associates, Inc.**
24 Whitehall Street
31st Floor
New York, NY 10004



**American Steamship Owners Mutual Protection
and Indemnity Association, Inc.**

**Invoice 11190**

| | |
|---:|:---|
| **Date** | Dec 12, 2019 |
| **Terms** | Payable Upon Receipt |
| **Service Thru** | Dec 12, 2019 |

**In Reference To: 19-1862 MONARCH PRINCESS - ENHANCED P&I CONDITION SURVEY AT PALM BEACH (Fee )**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 12/06/2019 | GA | **Full P&I Condition Survey:** Enhanced P&I Condition Survey at West Palm Beach, FL (20190113-1) | Flat Fee | $ 3,500.00 | $ 3,500.00 |
| | | | | **Total Fee** | $ 3,500.00 |
| | | | | **Total Invoice Amount** | $ 3,500.00 |

For Money Transfer Remittance
Please See Our Bank Details Below:

JP Morgan Chase Bank

Acct. No.
For the Acct. of Atlantic Marine Associates, Inc.
24 Whitehall Street
New York, NY 10004

American Steamship Owners Mutual Protection & Indemnity Association, Inc.



Shipowners Claims Bureau, Inc., Manager  
One Battery Park Plaza – 31st Floor  
New York, New York 10004  
U.S.A.

Tel:  +1 212-847-4500  
Fax:  +1 212-847-4599

To:  
Monarch Shipping Co. Ltd.  
Sassoon House Shirley St. & Victoria Ave  
P.O. Box N270  
Nassau  
Bahamas

Date  
6/30/2022

## Open Invoice Statement

| Date | Transaction | Amount |
|---|---|---|
| ▮ | ▮ | ▮ |
| 05/27/2020 | INV #5028. Due 05/27/2020. Orig. Amount $3,500.00.<br>--- Survey Cost $3,500.00 | 3,500.00 |
| 05/27/2020 | INV #5029. Due 05/27/2020. Orig. Amount $2,500.00.<br>--- Survey Cost $2,500.00 | 2,500.00 |
| 10/07/2021 | INV #6272. Due 10/07/2021. Orig. Amount $1,200.00.<br>--- P&I - Full Condition Survey $1,200.00<br>--- Monarch Shipping Co. Ltd.<br>--- MONARCH COUNTESS<br>--- October 29, 2020<br>--- INDEPENDENT MARITIME CONSULTING LLC | 1,200.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | ▮ | ▮ |

**Wire/telegraphic transfers to the American Club should be made to its account at:**
**Deutsche Bank Trust Company Americas, New York, New York, U.S.A.**
**Depending upon the origin of funds, one of the following bank codes should be used:**
**Wire transfers made through a bank within the U.S.:** ▮
**Wire transfers made through a bank outside the U.S.:** ▮
**In both cases, funds should be indicated as being for the credit of:**
**Account Name: American Steamship Owners P&I Assn. Inc.**
**Account Number:** ▮

American Steamship Owners Mutual Protection & Indemnity Association, Inc.



*Shipowners Claims Bureau, Inc., Manager*  
*One Battery Park Plaza – 31st Floor*  
*New York, New York 10004*  
*U.S.A.*

Tel:  +1 212-847-4500  
Fax:  +1 212-847-4599

SSL Insurance Brokers Limited - Greece  
1-3 Filellinon & Akti Miaouli  
7th Floor, 185 36 Piraeus,  
Greece

**Date:**  23 Feb 2021

**Invoice No:**  176638

**For the Account of:**  Monarch Shipping Co. Ltd.  
**Our Reference:**  9856

### ESTIMATED TOTAL PREMIUM
### CLASS P&I
### FOR THE PERIOD FROM 20 Feb 2021 TO 20 Feb 2022
### NO OF DAYS PRO RATA 365/365

| Vessel | (Risk No) | GT | Annual Premium | Premium for Period |
|---|---|---|---|---|
| MONARCH COUNTESS | (125063) | 5,726 | 98,207.64 | 98,207.64 |

| Total | | USD | 98,207.64 |
|---|---|---|---|

| Due Dates | | Amount |
|---|---|---|
| 20 Mar 2021 | USD | 24,551.91 |
| 20 Jun 2021 | USD | 24,551.91 |
| 20 Sep 2021 | USD | 24,551.91 |
| 20 Dec 2021 | USD | 24,551.91 |

**Additional Details:**

As per the Association's Rules & By-Laws, Rule 4.11 of Class I, interest at the rate of 1% per month shall be payable on any premium due to the Association as from the due date of payment of such premium.

Wire/telegraphic transfers to the American Club should be made to its account at:  
Deutsche Bank Trust Company Americas, New York, New York, U.S.A.  
Depending upon the origin of funds, one of the following bank codes should be used:  
Wire transfers made through a bank within the U.S.: ▮▮▮▮▮▮▮▮  
Wire transfers made through a bank outside the U.S.: ▮▮▮▮▮▮▮▮  
In both cases, funds should be indicated as being for the credit of:  
Account Name:  American Steamship Owners P&I Assn. Inc.  
Account Number:  ▮▮▮▮▮▮▮▮

American Steamship Owners Mutual Protection & Indemnity Association, Inc.



Shipowners Claims Bureau, Inc., Manager  
One Battery Park Plaza – 31st Floor  
New York, New York 10004  
U.S.A.

Tel:  +1 212-847-4500  
Fax:  +1 212-847-4599

Oneglobal Insurance Broking Ltd  
5 Spatharikou  
Mesa Geitonia, Limassol 4004  
Cyprus

**Date:** 01 Apr 2022

**Invoice No:** 187212

**For the Account of:** Monarch Shipping Co. Ltd.  
**Our Reference:** 9856

**PREMIUM TO RELEASE MEMBER FROM LIABILITY TO  
PAY FUTURE SUPPLEMENTARY CALLS  
IN RESPECT OF THE POLICY YEAR 2021  
CLASS P&I  
20.000 % OF ADVANCE PREMIUM**

| Vessel | (Risk No) | Advance Premium | Release Premium |
|---|---|---|---|
| MONARCH COUNTESS | (125063) | 98,207.64 | 19,641.53 |

| Total Amount Due | USD | 19,641.53 |
|---|---|---|

| Due Dates | | Amount |
|---|---|---|
| 01 Apr 2022 | USD | 19,641.53 |

| Additional Details: |
|---|
|   |

As per the Association's Rules & By-Laws, Rule 4.11 of Class I, interest at the rate of 1% per month shall be payable on any premium due to the Association as from the due date of payment of such premium.

Wire/telegraphic transfers to the American Club should be made to its account at:  
Deutsche Bank Trust Company Americas, New York, New York, U.S.A.  
Depending upon the origin of funds, one of the following bank codes should be used:  
Wire transfers made through a bank within the U.S.: ▮▮▮▮▮▮▮▮▮▮  
Wire transfers made through a bank outside the U.S.: ▮▮▮▮▮▮▮▮▮▮  
In both cases, funds should be indicated as being for the credit of:  
Account Name:  American Steamship Owners P&I Assn. Inc.  
Account Number: ▮▮▮▮▮▮▮▮▮▮

American Steamship Owners Mutual Protection & Indemnity Association, Inc.



Shipowners Claims Bureau, Inc., Manager  
One Battery Park Plaza – 31st Floor  
New York, New York 10004  
U.S.A.

Tel:  +1 212-847-4500  
Fax:  +1 212-847-4599

| | |
|---|---|
| Oneglobal Insurance Broking Ltd<br>5 Spatharikou<br>Mesa Geitonia, Limassol 4004<br>Cyprus | **Date:**  01 Apr 2022<br><br>**Invoice No:**  187215 |

**For the Account of:**  Monarch Shipping Co. Ltd.  
**Our Reference:**  9856

**PREMIUM TO RELEASE MEMBER FROM LIABILITY TO  
PAY FUTURE SUPPLEMENTARY CALLS  
IN RESPECT OF THE POLICY YEAR 2020  
CLASS P&I  
40.000 % OF ADVANCE PREMIUM**

| Vessel | (Risk No) | Advance Premium | Release Premium |
|---|---|---|---|
| MONARCH COUNTESS | (122373) | 28,333.33 | 11,333.33 |

| Total Amount Due | USD | 11,333.33 |
|---|---|---|

| Due Dates | | Amount |
|---|---|---|
| 01 Apr 2022 | USD | 11,333.33 |

**Additional Details:**

As per the Association's Rules & By-Laws, Rule 4.11 of Class I, interest at the rate of 1% per month shall be payable on any premium due to the Association as from the due date of payment of such premium.

Wire/telegraphic transfers to the American Club should be made to its account at:  
Deutsche Bank Trust Company Americas, New York, New York, U.S.A.  
Depending upon the origin of funds, one of the following bank codes should be used:  
Wire transfers made through a bank within the U.S.: ▮▮▮▮▮▮▮▮▮▮  
Wire transfers made through a bank outside the U.S.: ▮▮▮▮▮▮▮▮▮▮  
In both cases, funds should be indicated as being for the credit of:  
Account Name:  American Steamship Owners P&I Assn. Inc.  
Account Number:  ▮▮▮▮▮▮▮



**AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC.**

SHIPOWNERS CLAIMS BUREAU, INC., MANAGER
ONE BATTERY PARK PLAZA - 31ST FLOOR   NEW YORK, NEW YORK 10004   USA
TEL: +1.212.847.4500   FAX: +1.212.847.4599   WEB: WWW.AMERICAN-CLUB.COM

# Invoice

**Monarch Shipping Co Ltd**
Sassoon House Shirley st & Victoria ave
P.O Box N270
Nassau   Bahamas

| | |
|---|---|
| Invoice No.: | 5028 |
| Invoice Date: | 05/27/20 |
| Our Ref No.: | P&I-Survey |

**PAYMENT DUE UPON RECEIPT**

| Description | Amount |
|---|---|
| Monarch Countess-P&I Condition Survey: Enhanced Full P&I Condition Survey at Ciramar Shipyard, Las Calderas Survey fee due from member | $3,500.00 |
| **Total Amount Due:** | **$3,500.00** |

Please remit payment to:

**Deutsche Bank Trust Company Americas**
**New York, NY**
**Account No.** ▮▮▮▮▮▮
**Beneficiary: American Steamship Owners Mutual P & I Association, Inc.**

**Atlantic Marine Associates, Inc.**
24 Whitehall Street
31st Floor
New York, NY 10004



American Steamship Owners Mutual Protection
and Indemnity Association, Inc.

**Invoice 11191**

| | |
|---:|:---|
| **Date** | Dec 12, 2019 |
| **Terms** | Payable Upon Receipt |
| **Service Thru** | Dec 12, 2019 |

**In Reference To: 19-1864 MONARCH COUNTESS - Full P&I Condition Survey (Fee )**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 12/04/2019 | GA | **Full P&I Condition Survey:** Enhanced Full P&I Condition Survey at Ciramar Shipyard, Las Calderas, DR (20190115-1) | Flat Fee | $ 3,500.00 | $ 3,500.00 |
| | | | | **Total Fee** | $ 3,500.00 |
| | | | | **Total Invoice Amount** | $ 3,500.00 |

For Money Transfer Remittance
Please See Our Bank Details Below:

JP Morgan Chase Bank
Swift Code:
ABA No.
Acct. No.
For the Acct. of Atlantic Marine Associates, Inc.
24 Whitehall Street
New York, NY 10004



AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC.

SHIPOWNERS CLAIMS BUREAU, INC., MANAGER
ONE BATTERY PARK PLAZA - 31ST FLOOR   NEW YORK, NEW YORK 10004   USA
TEL: +1.212.847.4500   FAX: +1.212.847.4599   WEB: WWW.AMERICAN-CLUB.COM

# Invoice

**Monarch Shipping Co Ltd**  
Sassoon House Shirley st & Victoria ave  
P.O Box N270  
Nassau   Bahamas  

Invoice No.:           5029  
Invoice Date:       05/27/20  
Our Ref No.:     Follow up Survey  

**PAYMENT DUE UPON RECEIPT**

| Description | Amount |
|---|---|
| Monarch Countess-Follow-up P&I Condition Survey  Survey fee due from member | $2,500.00 |
| **Total Amount Due:** | **$2,500.00** |

Please remit payment to:

**Deutsche Bank Trust Company Americas**  
**New York, NY**  
**Account No.** ▮▮▮▮▮▮  
**Beneficiary: American Steamship Owners Mutual P & I Association, Inc.**

American Steamship Owners Mutual Protection & Indemnity Association, Inc.



Shipowners Claims Bureau, Inc., Manager  
One Battery Park Plaza – 31st Floor  
New York, New York 10004  
U.S.A.

Tel:  +1 212-847-4500  
Fax:  +1 212-847-4599

# Invoice

**Bill To:**

Monarch Shipping Co. Ltd.  
Sassoon House Shirley St. & Victoria Ave  
P.O. Box N270  
Nassau  
Bahamas

| Invoice # : | 6272 |
| Invoice Date : | 10/7/2021 |
| Terms : | Due on receipt |
| Our Ref # : | PI-20200935-SU |

| Item | Type | Description | Paid by Club | Rate | Due from Member |
|---|---|---|---|---|---|
| P&I - Full C... | | P&I - Full Condition Survey Cost | 1,200.00 | | 1,200.00 |
| | Member Name | Monarch Shipping Co. Ltd. | | | |
| | Vessel Name | MONARCH COUNTESS | | | |
| | Incident date | October 29, 2020 | | | |
| | Vendor Name | INDEPENDENT MARITIME CONSULTING LLC | | | |

| | Total | $1,200.00 |
|---|---|---|
| See Vendor Invoice PAID by The American Club on following page | **Payments/Credits** | $0.00 |
| | **Balance Due** | $1,200.00 |

Wire/telegraphic transfers to the American Club should be made to its account at:  
Deutsche Bank Trust Company Americas, New York, New York, U.S.A.  
Depending upon the origin of funds, one of the following bank codes should be used:  
Wire transfers made through a bank within the U.S.: ███████████  
Wire transfers made through a bank outside the U.S.: ████████████████████  
In both cases, funds should be indicated as being for the credit of:  
Account Name: American Steamship Owners P&I Assn. Inc.  
Account Number: ████████

**Please include the Invoice # and Our Ref # when submitting your payment**



Independent Maritime Consulting, LLC
2425 Post Road, Suite 101
Southport, CT  06890 U.S.A.
E-mail: head@independentmaritime.com,
203-256-1000     203-256-1020 (Fax)

Invoice submitted to:

Shipowners Claims Bureau, Inc.
One Battery Park Plaza, 31st Floor
New York, New York   10004, NY 10004
Attn: Survey Department

September 15, 2020

In Reference To:   Monarch Countess
                   At West Palm Beach
                   P&I Condition Survey
                   Our Ref:  19176.20.35
                   Survey Ref: 20200728

Invoice # 21302

Professional Services

|  |  |  |  | Amount |
|---|---|---|---|---|
| 9/11/2020 | WS | Attended Monarch Countess 09/11/20 to conduct a follow up condition survey and related reporting to club | 0.00 | 1,200.00 |
| For professional services rendered |  |  | 0.00 | $1,200.00 |

**Invoice is in US Dollars.**

Please insert IMC case # and vessel name on all wire transfer instructions.

Payments may be wire-remitted to the following account:

