THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**IN ADMIRALTY**

| | |
|---|---|
| American Steamship Owners Mutual Protection and Indemnity Association, Inc., <br><br> Plaintiff, <br><br> v. <br><br> M/S MONARCH PRINCESS, a 1979 106 meter cargo ship, IMO Number 7725374, her engines, tackle, appurtenances, spares, and equipment appertaining whether onboard or not, *in rem* and Monarch Shipping Company, Ltd., *in personam*. <br><br> Defendants. <br> _____ | CASE NO.: 2:22-cv-14288-JEM |

**WARRANT FOR ARREST *IN REM* AND**
**PROCESS OF ATTACHMENT AND GARNISHMENT**

TO THE UNITED STATES MARSHALL FOR THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA:

The Verified Complaint in the above-styled *in rem* proceeding was filed by American Steamship Owners Mutual Protection and Indemnity Association, Inc. in the Fort Pierce Division of this Court on August 12, 2022.

In accordance with Supplemental Rules B and C of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rules B and C, you are directed to arrest the Defendant Vessel, M/S MONARCH PRINCESS, a 106 meter cargo ship, IMO Number 7725374, and attach and garnish her engines, tackle, appurtenances, spares, and equipment appertaining whether onboard or not, *in rem*, and to detain the same in your custody pending further order of the Court. Upon information and belief, the Vessel is located at the Fort Pierce Marine Terminal in St. Lucie County.

You shall also give notice of the arrest and garnishment to every person required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

DATED at _____WPB_____, Florida, this __18th__ day of _____August_____, 2022.

Angela E. Noble
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
By:_____*S. Walker*_____
Deputy Clerk

Jules V. Massee (FBN: 41554)
jmassee@hamiltonmillerlaw.com
Madison E. Wahler (FBN: 1019015)
mwahler@hamiltomillerlaw.com
Hamilton, Miller & Birthisel, LLP
100 S. Ashley Drive, Suite 1210
Tampa, Florida 33602
Tel: 813-223-1900
Fax: 813-223-1933
*Attorneys for Plaintiff*

SPECIAL NOTICE

Any person claiming an interest in property seized pursuant to this process of attachment and garnishment must file a claim in accordance with the post-seizure review provisions of Local Admiralty Rule B(5).

Effective Dec. 1, 1994. Amended effective April 15, 2001; April 15, 2007; April 15, 2010; April 15, 2011.